UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SEAN STEWART and ROBERT STEWART,<br><br>Defendants. | S1 15 Cr. 287 (LTS)<br><br>**NOTICE OF MOTION** |

     PLEASE TAKE NOTICE that, upon the annexed Declaration of Tai H. Park, Esq. dated September 18, 2015, the exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings in this action, defendant Sean Stewart, by his undersigned attorneys, will move this Court before the Honorable Laura Taylor Swain, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order (a) dismissing the indictment as to Sean Stewart, pursuant to Fed. R. Crim. P. 12(b); (b) in the alternative, compelling the government, pursuant to Fed. R. Crim. P. 7(f), to provide a bill of particulars, and (c) awarding Sean Stewart such other and future relief as the Court deems just and proper.

Dated: New York, New York
       September 18, 2015

                                            Respectfully submitted,

                                            PARK JENSEN BENNETT LLP

                                            By: _____
                                                Tai H. Park
                                                Kathleen E. Gardner
                                                Tami Stark

                                            40 Wall Street, 41st Floor
                                            New York, New York 10005
                                            Tel: 646-200-6300
                                            Fax: 646-200-6301
                                            tpark@parkjensen.com

                                            *Attorneys for Defendant Sean Stewart*