# EXHIBIT H

**Kathleen Gardner**

| | |
|---|---|
| **From:** | McCallum, Sarah (USANYS) <Sarah.McCallum@usdoj.gov> |
| **Sent:** | Monday, August 31, 2015 5:05 PM |
| **To:** | Tai Park |
| **Cc:** | Kathleen Gardner; Tami Stark; Rachel Kelly; Cucinella, Brooke (USANYS); Diaz, Mary (USANYS) 2 |
| **Subject:** | U.S. v. Sean Stewart, 15 Cr. 287 (LTS) |

Dear Tai,

A few follow-ups from this afternoon's phone call:

First, as you requested, we're confirming in writing the Government's determination that a bill of particulars is not warranted in this case.

Second, as we discussed, the hard drive we produced to you most recently should not contain the many folders you referenced in your earlier email and on our call, but should instead be organized in the simpler fashion we described. Our IT person, Mike Tarrao (212 637 2320), should be able to assist your IT folks in making sure they've got – and are able to navigate – the most recent version of the production. Please don't hesitate to contact Brooke or me again if that problem persists.

Third, below please find an itemization of documents contained on the hard drive. As mentioned, most of the documents on the drive were produced by JP Morgan (as evidenced by their Bates numbers). A small universe of documents, including those you identified in your email of last Friday, were produced to you in error and may be disregarded. The other documents appearing on the drive fall roughly into three categories: (a) FINRA's production of documents to the SEC relating to trading in the subject stocks (including a very large volume of records reflecting trading by individuals and entities not alleged to be co-conspirators in this case), a small subset of which we pulled and produced separately to you on a disc; (b) documents from brokerages and telecommunications companies, most (if not all) of which were produced to you on disc as well; and (c) documents produced by Perella Weinberg.

1. The documents at the following Bates ranges were produced to you in error and may be disregarded:

a. SEC-AUSA-000000001 through SEC-AUSA-000003035 (from Apex Clearing) .
b. SEC-AUSA-000512756 through SEC-AUSA-000513854 (from TD Ameritrade)
c. SEC-AUSA-000513855 through SEC-AUSA-000513930 (from TracFone and T-Mobile)

2. The remainder of the documents on the drive not identified by a Bates number beginning JPMC are as follows:

d. Records from AT & T (SEC-AUSA-000003036 through SEC-AUSA 000022632 and SEC-AUSA-000520063 through SEC-AUSA-000524844)
e. Records from Cablevision (SEC-AUSA-000022632 through SEC-AUSA-000022635)
f. Records from E-Trade (SEC-AUSA-000022636 through SEC-AUSA-000023023 and SEC-AUSA-000524845 through SEC-AUSA-000525573)
g. Records from FINRA (SEC-AUSA-000023025 through SEC-AUSA-000512101 and SEC-AUSA-000515588 through SEC-AUSA-000519848)
h. Record from the Federal Reserve Bank of NY (SEC-AUSA-000512102)
i. Records from Merrill Lynch (SEC-AUSA-000512103 through SEC-AUSA-000512743)
j. Records from Sprint (SEC-AUSA-000512744 through SEC-AUSA-000512755)

k. Records from Verizon Wireless (SEC-AUSA-000513930 through SEC-AUSA-000515587 and SEC-AUSA-000525574 through SEC-AUSA-000526060)
l. Records from JP Morgan (SEC-AUSA-000515580 through SEC-AUSA-000515587)
m. Records from TD Ameritrade (SEC-AUSA-000519849 through SEC-AUSA-000520062)
n. Records from Perella Weinberg (Bates range prefix STEWART)

Please let us know if you have further questions regarding the production to date. As discussed, once we receive and have had a chance to review the contents of the Cunniffe hard drives that were imaged, we will produce any discoverable material from those as well. Our hope is to be able to make that production to you this week.

Yours,
Sarah & Brooke


Sarah E. McCallum
Assistant U.S. Attorney
One St. Andrew's Plaza
New York, NY 10007
Tel. (212) 637-1033