# Park Jensen Bennett LLP

40 Wall Street
New York, New York 10005

(646) 200 - 6300
www.parkjensen.com

Tai H. Park
tpark@parkjensen.com
Direct dial (646) 200-6310
Telecopier (646) 200-6311

October 28, 2015

**BY ECF AND FACSIMILE**

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: United States v. Stewart, 15 Cr. 287 (LTS)

Dear Judge Swain:

  On behalf of defendant Sean Stewart in the above-referenced case, we respectfully request permission to file an oversized brief, exceeding the 10-page reply brief limit by no more than five pages.  Our reply brief, due October 30, is in response to a 29-page opposition brief as Your Honor granted permission for both sides to file slightly oversized briefs.  In order to properly reply to the government's opposition brief, we respectfully request permission to file a reply brief of 15 pages.  The government does not object to this request.

        Respectfully submitted,

        Tai H. Park